**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ME LEE,

        Plaintiff-counter-claimant - Appellant,

  v.

KYUNG H. CHOI; et al.,

        Defendants,

SOO BIUN, an individual; et al.,

        Counter-defendants,

SAM LEE,

        Counter-defendant,

  and

MIKYUNG JAIME KIM, AKA Kathleen Kim; et al.,

        Defendants - Appellees,

No. 09-55000

D.C. No. 2:07-cv-07026-FMC-AJW

MEMORANDUM[*]

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

NETBANK FBS,

        Defendant-counter-claimant -
Appellee,

LNV Corporation, as Receiver of Netbank,
FBS,

        Successor-in-interest-
Defendant - Appellee.

Appeal from the United States District Court
for the Central District of California
Florence-Marie Cooper, District Judge, Presiding

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Me Lee appeals pro se from the district court's order denying her motion to reconsider the dismissal of her claims against the Federal Deposit Insurance Corporation for lack of subject matter jurisdiction. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Sch. Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument, and therefore deny Appellee LVN Corporation's request. *See* Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion by denying Lee's motion to reconsider because she did not advance any viable ground for relief under the Federal Rules of Civil Procedure or the Central District of California's Local Rules. *See id.* at 1262-63 (setting forth requirements for reconsideration under Fed. R. Civ. P. 59(e) and 60); C.D. Cal. R. 7-18 (setting forth requirements for reconsideration).

Lee's remaining contentions are unpersuasive.

We do not consider Lee's supplemental brief received on November 2, because Lee did not file a motion to file a supplemental brief.

All pending motions are denied.

**AFFIRMED.**